■ SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Respondent, v GERARD ANGULO, Appellant. [788 NYS2d 846]—Appeal from order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered on or about December 3, 2003, deemed an appeal from the judgment, same court and Justice, entered December 4, 2003, unanimously affirmed for the reasons stated by Kornreich, J., without costs or disbursements. No opinion. Concur—Mazzarelli, J.P., Saxe, Ellerin, Williams and Sweeny, JJ.